5-25-0044 People of the State of Illinois v. Travis Thompson 5-25-0044 People of the State of Illinois v. Travis S. Thompson 5-25-0044 People of the State of Illinois v. Travis S. Thompson 5-25-0044 People of the State of Illinois v. Washington 5-25-0044 People of the